No. 694. BEW *v.* UNITED STATES. May 5, 1930. Petition for writ of certiorari to the Court of Claims denied.

*Messrs. R. Palmer Ingram, George R. Shields,* and *George A. King* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *Joseph H. Sheppard* for the United States.